## (May 23, 1973)

■ In the Matter of THOMAS F. McCoy, Administrator, as Secretary to both the Administrative Board of the Judicial Conference, and the Judicial Conference, et al., Respondents, v. MAYOR OF THE CITY OF NEW YORK et al., Appellants.— Judgment, Supreme Court, New York County, entered on March 26, 1973, unanimously modified, on the law, to strike the first decretal paragraph thereof, and otherwise affirmed, on the opinion at Special Term, without costs and without disbursements. The stricken paragraph has to do with a period ante July 1, 1973. The applicable statute has, since the judgment was entered, been amended to postpone its effective date to July 1, thereby rendering that paragraph academic. Concur — Markewich, J. P., Nunez, Kupferman, Steuer and Tilzer, JJ. [73 Misc 2d 508.]

## (May 24, 1973)

■ HENRIETTE JACOBSON et al., as Executors of JOSEPH JACOBSON, Deceased, Respondents, v. FIVE IVY CORP., Appellant. (Action No. 1.) HENRY MOSKOWITZ, Appellant-Respondent, v. HENRIETTE JACOBSON et al., as Executors of JOSEPH JACOBSON, Deceased, Respondents-Appellants. (Action No. 2.) — Order, judgment and decree (one paper), Supreme Court, New York County, entered on February 1, 1973, so far as appealed from, unanimously affirmed. Plaintiffs-respondents in Action No. 1 shall recover of defendant-appellant in Action No. 1 one bill of $60 costs and disbursements of these appeals. The cross appeal by defendants-respondents in Action No. 2 is dismissed, the appeal having been withdrawn on argument. No opinion. Concur — Stevens, P. J., Markewich, Nunez, Kupferman and Tilzer, JJ.

## (May 29, 1973)

■ In the Matter of ANITA COHEN et al., Petitioners, v. THOMAS CHIMERA, Respondent.— Application pursuant to article 78 CPLR unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur — Nunez, J. P., Kupferman, Murphy, Lane and Steuer, JJ.

## (May 31, 1973)

■ ELEANOR R. LAPPANO-COLLETTA, Petitioner, v. MANHATTAN COLLEGE et al., Respondents.— Determination of the State Human Rights Appeal Board, dated February 21, 1973, unanimously confirmed, without costs and without disbursements, and the petition dismissed. Concur — Stevens, P. J., Markewich, Kupferman and Steuer, JJ.; Nunez, J., concurs in the following memorandum: While I join my colleagues in confirmance, I fully agree with the finding of the Appeal Board that respondent college is guilty of an unconscionable exploitation of appellant's time and talents. The recommendation against tenure made by five tenured colleagues of the appellant by the narrow margin of one vote was arbitrary and capricious and should not have been approved by the college's Committee on Promotions and Tenure.